AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LABORERS' PENSION FUND AND LABORERS'
WELFARE FUND OF THE HEALTH AND
WELFARE DEPARTMENT, ETC., ET AL.,

V.

KASHMERE CONSTRUCTION, INC., a
dissolved Michigan corporation,

CASE NUMBER: **08 C 33**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE: **JUDGE MANNING**
**MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

Kashmere Construction, Inc.
c/o Troy A. Luberda, Registered Agent
7591 N. River Road
Freeland, MI 48623

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick T. Wallace, Jerrod Olszewski
Christina Krivanek, Amy N. Carollo
Charles F. Ingrassia
Office of Fund Counsel
53 W. Jackson Blvd., Suite 550
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/_
**(By) DEPUTY CLERK**

**January 2, 2008**
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORER'S PENSION FUND, ET AL.<br><br>PLAINTIFF(S)<br><br>vs.<br><br>KASHMERE CONSTRUCTION, INC.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 C 33<br><br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jan 09, 2008**, at **12:33 PM**, I served the above described documents upon **KASHMERE CONSTRUCTION, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **VALERIE LUBERDA / VICE PRESIDENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **7591 N RIVER ROAD, FREELAND, MI 48623**.

**DESCRIPTION:**  Gender: **F**  Race: **WHITE**  Age: **50**  Hgt: **5'9"**  Wgt: **160**  Hair: **BLACK**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

Mark Jankowski, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 10th day of January, 2008

NOTARY PUBLIC

JAMIE L. GANNON
NOTARY PUBLIC - MICHIGAN
SAGINAW COUNTY
MY COMMISSION EXPIRES 11/8/2011

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
35836