KASHMERE CONSTRUCTION, INC.
6480 STATE ST.
SAGINAW, MI 48603

EMPLOYER #34433

AUGUST 10, 2005 – JUNE 30, 2006



EXHIBIT B-6

**BANSLEY AND KIENER, L.L.P.**
CERTIFIED PUBLIC ACCOUNTANTS
O'HARE PLAZA
8745 WEST HIGGINS ROAD, SUITE 200
CHICAGO, ILLINOIS 60631
AREA CODE 312 263.2700

April 6, 2007

Board of Trustees
Pension and Welfare Funds of Construction and General
    Laborers' District Council of Chicago and Vicinity
11465 Cermak Rd.
Westchester, IL 60154

We have applied certain procedures, as discussed below, to the payroll records of Kashmere Construction, Inc., a contributing employer to the Pension and Welfare Funds of Construction and General Laborers' District Council of Chicago and Vicinity, for the period August 10, 2005 to June 30, 2006. The purpose of our review was to assist you in determining whether contributions to the Trust Funds are being made in accordance with the collective bargaining agreement in effect and with the Trust Agreement of the Fund. The propriety of the contributions is the responsibility of the employer's management.

Our procedures generally include a review of the pertinent provisions of the collective bargaining agreements and comparing underlying employer payroll records to Fund contribution records. The employer records we review may include payroll journals, individual earnings records, payroll tax returns, contribution reports, job classifications, and general disbursement records. The scope of this engagement is limited to records made available by the employer and would not necessarily disclose all exceptions in employer contributions to the Trust Fund. Any compensation paid to employees not disclosed to us or made part of the written record is not determinable by us and is not included in our review.

Our procedures relate to a review of the employer's payroll records only and do not extend to any financial statements of the contributing employer. The procedures were substantially less in scope than an audit of the financial statements of the contributing employer, the objective of which is the expression of an opinion on the contributing employer's financial statements. Accordingly, no such opinion is expressed.

The exceptions to employer contributions are noted on the accompanying report.

*Bansley and Kiener, L.L.P.*

BANSLEY and KIENER, L.L.P.
Certified Public Accountants

# Laborers' District Council
## Reconciliation of Differences Per Year

| Fiscal Year Ending | | | 5-31 2006 | 5-31 2007 | Total Due |
|---|---|---|---|---|---|
| Hours Not Reported | | | 459.00 | 0.00 | 459.00 |
| Hours - Men Not Reported | | | 0.00 | 0.00 | 0.00 |
| Dollar Amount Due | | | | | |
| Welfare | | | 3,148.74 | 0.00 | 3,148.74 |
| Pension | | | 1,808.46 | 0.00 | 1,808.46 |
| Training | | | 78.04 | 0.00 | 78.04 |
| IAF | | | 32.14 | N/A | 32.14 |
| CAICA | | | N/A | 0.00 | 0.00 |
| LECET | | | 42.16 | 0.00 | 42.16 |
| LMDC | | | 101.16 | 0.00 | 101.16 |
| CISCO | | | 4.60 | N/A | 4.60 |
| Working Dues | | | 400.11 | 0.00 | 400.11 |
| Total | | | 5,615.41 | 0.00 | 5,615.41 |

| | |
|---|---|
| Plus previous late charges assessed by Laborers' Pension and Welfare Funds | 0.00 |
| Plus previous underpayments incurred to Laborers' District Council Funds | 0.00 |
| Plus previous penalties incurred to Laborers' District Council Funds | 0.00 |
| Audit Fee | 1,165.69 |
| Total amount due | 6,781.10 |

| | | | |
|---|---|---|---|
| Employer Name - | KASHMERE CONSTRUCTION, INC. | Person Contacted - | CLARK HEDLEY |
| Employer - | 34433 | Date of Contact - | JUNE 6, 2006 |
| Date of Audit - | JULY 13, 2006 | Telephone - | 989-797-0077 |
| Audit Period - | AUGUST 10, 2005 - JUNE 30, 2006 | Auditor - | DANIEL TIMM |

# Laborers' District Council

**Reconciliation Between Actual and Reported Hours - Welfare, Pension, Training, IAF, and CISCO Funds Only**

| SS# | Name | Rate | | 2005 | | | | | | | 2006 | | | | | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | |
| xxx-xx-3255 | FLOWERS, GREG | | 0.00 | 0.00 | 124.50 | 54.00 | 0.00 | 1.50 | 0.00 | 123.00 | 48.00 | 0.00 | 0.00 | 0.00 | 351.00 |
| xxx-xx-7663 | KOLBERG, SCOTT | | 0.00 | 0.00 | 0.00 | 0.00 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58.00 |
| xxx-xx-2537 | VILLARREAL, ABEL | | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| | | Total | 0.00 | 0.00 | 124.50 | 54.00 | 108.00 | 1.50 | 0.00 | 123.00 | 48.00 | 0.00 | 0.00 | 0.00 | 459.00 |

| | Rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare | $6.86 | 0.00 | 0.00 | 854.07 | 370.44 | 740.88 | 10.29 | 0.00 | 843.78 | 329.28 | 0.00 | 0.00 | 0.00 | 3,148.74 |
| Pension | $3.94 | 0.00 | 0.00 | 490.53 | 212.76 | 425.52 | 5.91 | 0.00 | 484.62 | 189.12 | 0.00 | 0.00 | 0.00 | 1,808.46 |
| Training | $0.17 | 0.00 | 0.00 | 21.17 | 9.18 | 18.36 | 0.26 | 0.00 | 20.91 | 8.16 | 0.00 | 0.00 | 0.00 | 78.04 |
| IAF | $0.07 | 0.00 | 0.00 | 8.72 | 3.78 | 7.56 | 0.11 | 0.00 | 8.61 | 3.36 | 0.00 | 0.00 | 0.00 | 32.14 |
| CISCO | $0.01 | 0.00 | 0.00 | 1.25 | 0.54 | 1.08 | 0.02 | 0.00 | 1.23 | 0.48 | 0.00 | 0.00 | 0.00 | 4.60 |
| Total | | 0.00 | 0.00 | 1,375.74 | 596.70 | 1,193.40 | 16.59 | 0.00 | 1,359.15 | 530.40 | 0.00 | 0.00 | 0.00 | 5,071.98 |

Employer Name - KASHMERE CONSTRUCTION, INC.    Person Contacted - CLARK HEDLEY

Employer - 34433    Date of Contact - JUNE 6, 2006

Date of Audit - JULY 13, 2006    Telephone - 989-797-0077

Audit Period - AUGUST 10, 2005 - JUNE 30, 2006    Auditor - DANIEL TIMM

# Laborers' District Council
## Reconciliation Between Actual and Reported Hours - LECET and LMDC Funds Only

| SS# | Name | Rate | Jun | Jul | Aug | 2005 Sep | Oct | Nov | Dec | Jan | Feb | 2006 Mar | Apr | May | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| xxx-xx-3255 | FLOWERS, GREG | | 0.00 | 0.00 | 124.50 | 54.00 | 0.00 | 1.00 | 0.00 | 123.00 | 0.00 | 0.00 | 0.00 | 0.00 | 302.50 |
| xxx-xx-7663 | KOLBERG, SCOTT | | 0.00 | 0.00 | 0.00 | 20.00 | 140.00 | 156.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 316.50 |
| xxx-xx-2537 | VILLARREAL, ABEL | | 0.00 | 0.00 | 0.00 | 20.00 | 122.00 | 82.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 224.00 |
| | | Total | 0.00 | 0.00 | 124.50 | 94.00 | 262.00 | 239.50 | 0.00 | 123.00 | 0.00 | 0.00 | 0.00 | 0.00 | 843.00 |

| | Rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LECET | $0.05 | 0.00 | 0.00 | 6.23 | 4.70 | 13.10 | 11.98 | 0.00 | 6.15 | 0.00 | 0.00 | 0.00 | 0.00 | 42.16 |
| LMDC | $0.12 | 0.00 | 0.00 | 14.94 | 11.28 | 31.44 | 28.74 | 0.00 | 14.76 | 0.00 | 0.00 | 0.00 | 0.00 | 101.16 |
| Working Dues | $0.00 | 0.00 | 0.00 | 31.97 | 40.63 | 152.75 | 129.14 | 0.00 | 45.62 | 0.00 | 0.00 | 0.00 | 0.00 | 400.11 |
| Total | | 0.00 | 0.00 | 53.14 | 56.61 | 197.29 | 169.86 | 0.00 | 66.53 | 0.00 | 0.00 | 0.00 | 0.00 | 543.43 |

Employer Name - KASHMERE CONSTRUCTION, INC.   Person Contacted - CLARK HEDLEY
Employer - 34433                                Date of Contact - JUNE 6, 2006
Date of Audit - JULY 13, 2006                   Telephone - 989-797-0077
Audit Period - AUGUST 10, 2005 - JUNE 30, 2006  Auditor - DANIEL TIMM

# Laborers' District Council
## Reconciliation Between Actual and Reported Gross Wages

| SS# | Name | Jun | Jul | Aug | 2005 Sep | Oct | Nov | Dec | Jan | Feb | 2006 Mar | Apr | May | Total Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| xxx-xx-3255 | FLOWERS, GREG | 0.00 | 0.00 | 1,827.13 | 934.65 | 0.00 | 0.00 | 0.00 | 2,606.88 | 0.00 | 0.00 | 0.00 | 0.00 | 5,368.66 |
| xxx-xx-7863 | KOLBERG, SCOTT | 0.00 | 0.00 | 0.00 | 663.32 | 4,763.80 | 4,786.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,213.46 |
| xxx-xx-2537 | VILLARREAL, ABEL | 0.00 | 0.00 | 0.00 | 723.60 | 3,964.82 | 2,592.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,281.34 |
| | Total | 0.00 | 0.00 | 1,827.13 | 2,321.57 | 8,728.62 | 7,379.26 | 0.00 | 2,606.88 | 0.00 | 0.00 | 0.00 | 0.00 | 22,863.46 |

Rate - 1.75% of gross wages

| Dues | 0.00 | 0.00 | 31.97 | 40.63 | 152.75 | 129.14 | 0.00 | 45.62 | 0.00 | 0.00 | 0.00 | 0.00 | 400.11 |

---

Employer Name - KASHMERE CONSTRUCTION, INC.      Person Contacted - CLARK HEDLEY

Employer - 34433                                  Date of Contact - JUNE 6, 2006

Date of Audit - JULY 13, 2006                     Telephone - 989-797-0077

Audit Period - AUGUST 10, 2005 - JUNE 30, 2006    Auditor - DANIEL TIMM

**BANSLEY & KIENER, L.L.P.**
**PAYROLL AUDIT INFORMATION SHEET**

| | | | |
|---|---|---|---|
| EMPLOYER'S NAME | KASHMERE CONSTRUCTION, INC. | EMPLOYER # | 34433 |
| ADDRESS | 6480 STATE ST. | PHONE # | 989-797-0077 |
| CITY/STATE/ZIP | SAGINAW, MI 48603 | FEIN # | 35-2251147 |
| DATE OF CONTACT | JUNE 6, 2006 | AUDIT PERIOD | 8/10/05-6/30/06 |
| CONTACT'S NAME | CLARK HEDLEY | TITLE | CFO |
| PERSON FUND IS TO CONTACT | SAME AS ABOVE | TITLE | SAME AS ABOVE |
| ENTITY TYPE | CORPORATION | # OF EMPLOY. | 50 |
| BUSINESS ACTIVITY | CONSTRUCTION | | |

| OWNERSHIP-PRINCIPALS | TITLE | % | ADDRESS |
|---|---|---|---|
| BRYAN DUGAN | PRESIDENT | 100% | |

BANKING FACILITIES USED AND ACCOUNT NO.    CITIZENS BANK #XXXXXX7146

DOES EMPLOYER HAVE INTEREST IN OTHER RELATED OPERATIONS?
☐ YES    ☒ NO

IF YES, LIST NAMES OF SAME    N/A

IS EMPLOYER A MEMBER OF ANY TRADE ORGANIZATION/ASSOCIATION?
☐ YES    ☒ NO

IF YES, LIST NAMES OF SAME    N/A

Page 1 of 2

**BANSLEY & KIENER, L.L.P.**
**PAYROLL AUDIT INFORMATION SHEET**

AUDIT DATE: JULY 13, 2006

AUDIT SITE (IF DIFFERENT FROM EMPLOYER'S ADDRESS): N/A

ALL REQUIRED ACCOUNTING RECORDS WERE AVAILABLE WITH THE EXCEPTION OF: N/A

BRIEFLY DESCRIBE THE NATURE OF THE DELINQUENCY, IF ANY: INSUFFICIENT CONTRIBUTIONS WERE MADE THROUGHOUT THE AUDIT PERIOD FOR GREG FLOWERS. ONE WEEK OF PAYROLL WAS NOT REPORTED TO THE PENSION AND WELFARE FUNDS FOR SCOTT KOLBERG AND ABEL VILLARREAL. NO CONTRIBUTIONS WERE MADE TO THE DUES FUND FOR SCOTT KOLBERG AND ABEL VILLARREAL.

DID YOUR EXAMINATION UNCOVER ANYTHING SPECIAL OR UNUSUAL WHICH SHOULD BE BROUGHT TO THE ATTENTION OF THE FUND COUNSEL OR OTHER INTERESTED PERSONS?

☐ YES   [X] NO

IF YES, EXPLAIN: N/A

AUDITOR: DANIEL TIMM

# LABORERS' PENSION & WELFARE FUNDS

2/5/2008

AUDIT

EMPLOYER  KASHMERE CONSTRUCTION INC.  CODE  34433

FOLLOWING ARE THE FIGURES OWED BY THE ABOVE MENTIONED CONTRACTOR AS A RESULT OF THE AUDIT.

| HOURS | HOURS | WELFARE | RATE | PENSION | RATE | TRAINING FUND | RATE | DUES | LDC/LMCC | RATE | MCIAF/SAFETY | RATE | LECET | RATE | CISCO | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8-10-05-6-30-06 ADDITIONAL HOURS | | | | | | | | | | | | | | | | | |
| 8-10-05-5-31-06 | 459.00 | 3,148.74 | 6.86 | 1,808.46 | 3.94 | 78.03 | 0.17 | 400.11 | 101.16 | 0.12 | 32.13 | 0.07 | 42.15 | 0.05 | 4.59 | 0.01 | 5,071.95 |
| 8-10-05-5-31-06 | 843.00 | | | | | | | | | | | | | | | | 543.42 |

MEN NOT REPORTED .........

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUBTOTAL | 1,302.00 | 3,148.74 | 1,808.46 | 78.03 | 400.11 | 101.16 | 32.13 | 42.15 | 4.59 | 5,615.37 |
| 10% PENALTIES | | 314.87 | 180.85 | 7.80 | 40.01 | 10.12 | 3.21 | 4.22 | 0.46 | 561.54 |
| AUDIT COSTS | | 582.85 | 582.84 | | | | | | | 1,165.69 |
| ATTORNEY FEES | | . | . | | | | | | | - |
| ACCUM. 10% PENALTIES | | 577.36 | 331.59 | 14.29 | | 18.70 | 5.92 | 7.80 | 0.81 | 956.47 |
| ACCUM. INTEREST | | | | | | | | | | - |
| TOTAL DUE | | 4,623.82 | 2,903.74 | 100.12 | 440.12 | 129.98 | 41.26 | 54.17 | 5.86 | 8,299.07 |

EXHIBIT B-7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br><br> Plaintiffs, <br> v. <br><br> KASHMERE CONSTRUCTION, INC., a dissolved Michigan corporation, <br><br> Defendant. | Case No. 08 C 33 <br><br> Judge Manning |

## DECLARATION OF JERROD OLSZEWSKI

I, JERROD OLSZEWSKI, declare and state as follows:

1. I am Funds Counsel for Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Funds"), Plaintiffs in the above-referenced action. This Declaration is submitted in support of the Funds' Motion for Judgment in Sum Certain against Defendant Kashmere Construction, Inc.

2. Shareholders of the law firms of Allison, Slutsky & Kennedy, and the Law Offices of Marc Pekay, out-of-house collection counsel for the Laborers' Funds, bill the Laborers' Funds at a rate of $175.00 per hour. Affiant, as in-house counsel for the Funds has first-hand knowledge that the hourly rate of $175.00 has been found reasonable and has been awarded by many courts in collection proceedings.

3. In house counsel Patrick T. Wallace received a Bachelor of Arts Degree


EXHIBIT C

from the University of Illinois at Urbana- Champaign in 1992 and a Juris Doctor Degree from the University of DePaul College of Law in 1995. He was admitted to the bar of the State of Illinois in November 1995 and to the bar of the United States District Court for the Northern District of Illinois in December 1995. He has also been admitted to the bar of the United States District Court for the Central District of Illinois. He was admitted to the Trial Bar of the Northern District of Illinois on September 20, 2000. From November 1995 to August 2000 he practiced labor and employment law as an associate at the law firm of Katz, Friedman, Eagle, Eisenstein & Johnson (formerly Katz, Friedman, Schur & Eagle). In September 2000, he became Funds Counsel for the Laborers' Pension Fund and Laborers' Welfare Fund for the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity.

4.  Jerrod Olszewski, in-house counsel for the Chicago Funds, received a Bachelor of Arts Degree from Benedictine University in 1993 and a Juris Doctor Degree from the John Marshall Law School in 2002. I was admitted to the bar of the State of Illinois in May, 2002, and to the bar of the United States District Court for the Northern District of Illinois in May, 2002. From May, 2002 to December, 2004, I practiced labor and employment law as an associate at the law firm of Katz, Friedman, Eagle, Eisenstein & Johnson, former out-of-house counsel to the Laborers' Funds, with the majority of my work being spent representing the Laborers' Funds. In December, 2004, I became in-house counsel for the Funds.

5.  Based on the foregoing, $175.00 represents a fair and reasonable market rate for my and Patrick T. Wallace's in-house legal services to the Funds in this matter.

6. Christina Krivanek, in-house counsel for the Laborers' Funds, received a Bachelor of Arts Degree from The Ohio State University in 2002 and a Juris Doctor Degree from the DePaul University College of Law in 2005. She was admitted to the bar of the state of Illinois in November 2005 and to the bar of the United States District Court for the Northern District of Illinois in January 2006. In January 2006, she became in-house counsel for the Laborers' Funds.

7. Amy N. Carollo, in-house counsel for the Laborers' Funds, received a Bachelor of Arts Degree from Illinois State University in 2000, Masters of Science from University of Illinois at Chicago in 2002 and a Juris Doctor from Chicago-Kent College of Law in 2005. She was admitted to the bar of the State of Illinois in November of 2005 and to the bar of the United States District Court for the Northern District in January 2006. In March 2006, she became in-house counsel for the Laborers' Funds.

8. Based on the foregoing, $150.00 represents a fair and reasonable market rate for Christina Krivanek and Amy N. Carollo's in-house legal services to the Funds in this matter.

9. Exhibit C-1 attached hereto sets forth the time expended to date by in-house counsel on this matter. As set forth in that Exhibit, we have expended 4.7 hours totaling $812.50 in attorneys' fees and $464.32 in costs totaling $1,276.82.

I, the undersigned, certify under penalty of perjury that the foregoing is true and correct.

Date: 2/5/08

Jerrod Olszewski

3

Laborers Pension and Welfare Funds
11465 Cermak Rd.
Westchester, IL 60154

Invoice submitted to:
Kashmere

February 05, 2008

Invoice #10068

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/7/2007 | PTW | Corporate search; letter to Defendant. | 0.70<br>175.00/hr | 122.50 |
| 1/2/2008 | JO | Corp. Search; Telephone conference with Gilleran; Drafted complain, Summmons, Civil cover sheet, attorney appearance. Lexis search | 1.60<br>175.00/hr | 280.00 |
| 1/8/2008 | JO | Letter to District Council | 0.20<br>175.00/hr | 35.00 |
| 1/4/2007 | PGL | Letter to JAS | 0.10<br>75.00/hr | 7.50 |
| 2/1/2008 | JO | Drafted Motion for Entry of Default Judgment, affidavit of Joe Gilleran, attorney declaration, order, notice of motion, certificate of service, left voicemail for J. Gilleran | 1.30<br>175.00/hr | 227.50 |
| 2/5/2008 | JO | Edited Motion for Entry of Default Judgment, attorney declaration, affidavit of Joe Gilleran and Order | 0.80<br>175.00/hr | 140.00 |
|  |  | For professional services rendered | 4.70 | $812.50 |

Additional Charges :

| 1/2/2008 | Photocopies of Complaint, etc. | 9.60 |
|---|---|---|
|  | Filing fee. | 350.00 |
| 1/9/2008 | Service of Summons and Complaint (out of state). | 104.72 |


EXHIBIT C-1

Kashmere                                                                                    Page    2

|                          | Amount     |
|--------------------------|-----------:|
| Total additional charges | $464.32    |
| Total amount of this bill | $1,276.82 |
| Balance due              | $1,276.82  |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Jerrod Olszewski | 3.90 | 175.00 | $682.50 |
| Paralegal | 0.10 | 75.00 | $7.50 |
| Patrick T. Wallace | 0.70 | 175.00 | $122.50 |

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a copy of the foregoing Motion for Entry of Default Judgment in Sum Certain to be served upon the individual listed below via U.S. Mail, postage pre-paid, on this 5th day of February, 2008.

>Kashmere Construction, Inc.
>c/o Troy A. Luberda, Registered Agent
>7591 N. River Road
>Freeland, MI  48623

>/s/ Jerrod Olszewski