IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>     Plaintiffs,<br> v.<br><br>KASHMERE CONSTRUCTION, INC., a dissolved Michigan corporation,<br><br>     Defendant. | Case No. 08 C 33<br><br>Judge Manning |

## NOTICE OF MOTION

To: Kashmere Construction, Inc.
   c/o Troy A. Luberda, Registered Agent
   7591 N. River Road
   Freeland, MI 48623

  PLEASE TAKE NOTICE that at 11:00 a.m. on Thursday, February 14, 2008, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Blanche M. Manning, Room 2125, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Entry of Default Judgment in Sum Certain*, a copy of which is herewith served upon you.

February 5, 2008             Laborers Pension Fund, et al.

                     By: /s/ Jerrod Olszewski

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

  The undersigned certifies that on this 5th day of February he served this notice to the above addressee(s) via U.S. Mail.

                        /s/ Jerrod Olszewski