Order Form (01/2005)

MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 33 | DATE | 2/20/2008 |
| CASE TITLE | Laborers' Penfd, et al. Vs. Kashmere Construction | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for default judgment (10) is granted. Judgment is entered in favor of the plaintiffs and against the defendant in the amount of $9,575.89. Enter judgment order. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|