IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and ) <br> LABORERS' WELFARE FUND OF THE ) <br> HEALTH AND WELFARE DEPARTMENT ) <br> OF THE CONSTRUCTION AND GENERAL ) <br> LABORERS' DISTRICT COUNCIL OF ) <br> CHICAGO AND VICINITY, and JAMES S. ) <br> JORGENSEN, Administrator of the Funds, ) <br>  ) <br> Plaintiffs, ) <br> v. ) <br>  ) <br> KASHMERE CONSTRUCTION, INC., ) <br> a dissolved Michigan corporation, ) <br>  ) <br> Defendant. ) | Case No. 08 C 33 <br><br> Judge Manning |

## JUDGMENT ORDER

This matter having come to be heard on the Motion of Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, (collectively "Funds"), and James S. Jorgensen (hereinafter "Jorgensen"), Administrator of the Funds, for an Entry of Default Judgment against Defendant Kashmere Construction, Inc. due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1.  Default judgment is hereby entered in favor of the Plaintiffs and against Defendant Kashmere Construction, Inc. in the amount of $9,575.89 as follows:

    A.    $8,299.07 in delinquencies, liquidated damages, interest, and audit costs for the audit period of August 10, 2005 through May 31, 2006; and

    B.    $1,276.82 representing attorneys' fees and costs.

2.    Defendant is to pay post-judgment interest on all amounts set forth herein until they are paid to the Funds.

ENTER:

*Blanche M. Manning*
The Honorable Blanche M. Manning
United States District Court Judge

Dated: FEB 2 1 2008